No. 00–7049. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7050. THEODORE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7051. WILLIAMS v. WIRTS. Sup. Ct. Ga. Certiorari denied.

No. 00–7053. MARSH v. NEWTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7054. O'BRIEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7058. NICKERSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–7059. SAGER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7060. MALINOWSKI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7061. MANTILLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7062. SCALLIO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7064. McDOW v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 00–7068. SALAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–7069. CARLSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–7072. FISHER v. LEE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7073. SHIFFLETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.